IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HENRY ALVAREZ,

    Plaintiff,

v.                                                     1:09-cv-48-CG-DJS

MESA FINANCIAL OF LAS VEGAS, INC.,

    Defendant.

## FINAL JUDGMENT

Pursuant to the *Decision* entered concurrently herewith and pursuant to Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Defendant and against Plaintiff. The action is dismissed with prejudice.

IT IS SO ORDERED.

_____
**THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent**